UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOHAMMAD ALI AND STAR 2001 D/B/A FOLSOM SPUR | CIVIL ACTION NO. 07-6648 |
| | JUDGE: BEER |
| versus | SECTION: "M" |
| RLI INSURANCE COMPANY | MAGISTRATE: 1 (SHUSHAN) |

### ORDER

On this day came on to be considered the parties' Joint Motion to Dismiss all of the claims of plaintiffs, Mohammad Ali and Star 2001, d/b/a Folsom Spur in this matter against defendant, RLI Insurance Company. Having considered the motion, the Court grants the motion.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that all of the claims of plaintiffs, Mohammad Ali and Star 2001, d/b/a Folsom Spur in this matter against defendant, RLI Insurance Company, are hereby dismissed with prejudice, and with all parties bearing the costs incurred by each in this matter.

NEW ORLEANS, LOUISIANA, this __14th__ day of _____October_____, 2008.

_____
UNITED STATES DISTRICT JUDGE